**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RONALD BARRACO,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO. _____** |
| | : | |
| **v.** | : | |
| | : | |
| **WALMART STORES EAST,** | : | |
| **LIMITED PARTNERSHIP** | : | |
| | : | **SEPTEMBER 8, 2021** |
| **Defendant.** | : | |
| | : | |

## NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
      THE DISTRICT OF CONNECTICUT

Defendant Walmart Stores East, LP ("defendant") hereby notices the removal of this action

to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1331,

1441, and 1446, based on federal question jurisdiction and in support thereof states the following:

1.     Defendant first received notice of this civil action on or about August 10, 2021,

when plaintiff Ronald Barraco ("plaintiff") served the Summons and Complaint.  Thereafter, on

August 17, 2021, plaintiff filed this civil action against defendant in the Superior Court of

Connecticut, Judicial District of New London, designated as Docket No. KNL-CV21-6052826-S.

A copy of the Summons, Complaint and Claim for Relief are attached hereto as Exhibit A, pursuant

to 28 U.S.C. § 1446(a).

2.     The process and pleadings referenced in Paragraph 1 are the only process pleadings,

and orders known by defendant to have been filed or served in this action to date.

3.     Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been

timely filed within thirty (30) days after defendant was first notified of the lawsuit.

4.     The Superior Court, Judicial District of New London, is located within the District

of Connecticut. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

5.    In his Complaint, plaintiff purports to allege claims for employment discrimination under the Connecticut Fair Employment Practices Act ("CFEPA"), Conn. Gen. Stat. §§ 46a-60, *et seq.* (Count One) and the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 601, *et seq.* (Count Two).

6.    This action is properly removable because the United States District Court has original federal question-based jurisdiction over Count Two, seeking relief under the ADEA, a federal statute.  28 U.S.C. § 1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7.    This Court has supplemental jurisdiction over Count One of plaintiff's Complaint, alleging a state law claim under the CFEPA, pursuant to 28 U.S.C. § 1367, which provides that "...in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."  Both of plaintiff's claims against defendant are based on the same core factual allegations.  Indeed, the facts alleged in Count One are incorporated by reference into, and therefore form the basis of, Count Two.  Thus, the ADEA claim alleged in Count Two clearly arises from the same events underlying the state law claim alleged in Count One.  Accordingly, this Court has supplemental jurisdiction over plaintiff's state law claim.

8.    Defendant has not filed a responsive pleading in the State Court action and no other proceedings have transpired in that forum.

9.      Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal have been served on all adverse parties and upon the Clerk of the State Court.

10.      By removing this matter, defendant does not waive or intend to waive any available defenses.

**WHEREFORE,** defendant respectfully requests that this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Superior Court of Connecticut, Judicial District of New London, to the United States District Court for the District of Connecticut.

Respectfully submitted,

DEFENDANT,
WAL-MART STORES EAST, LP.

By: */s/ Lawrence Peikes*
        Lawrence Peikes (ct07913)
        lpeikes@wiggin.com
        Nicole M. Dwyer
        ndwyer@wiggin.com (ct30978)
        WIGGIN AND DANA LLP
        *Its Attorneys*
        Two Stamford Plaza
        281 Tresser Boulevard
        Stamford, Connecticut 06901
        P: (203) 363-7600
        F: (203) 363-7676

24860\30\4834-7728-1529.v1

3